Case 2:08-cr-00014-RSM   Document 9   Filed 01/28/08   Page 1 of 2

01
02
03
04
05
06
07
08              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
09                       AT SEATTLE

10 | UNITED STATES OF AMERICA,           )
   |                                     )
11 |           Plaintiff,                )   Case No. CR08-14-RSM
   |                                     )
12 |      v.                             )
   |                                     )   DETENTION ORDER
13 | NICHOLAS A. DENT,                   )
   |                                     )
14 |           Defendant.                )
   | _____   )
15

16 Offenses charged:

17     Counts I, III, V, and VI: Pharmacy Robbery in violation of 18 U.S.C. § 2118(a).

18     Counts II, IV, and VII: Attempted Pharmacy Robbery in violation of 18 U.S.C. §

19 2118(a).

20 Date of Detention Hearing:   January 28, 2008

21     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

22 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

23 the following:

24 FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

25     (1)   Grand Jury found probable cause to find Defendant guilty of using a firearm to

26 rob pharmacies for oxycodone on six days within a seven day period in December 2007.

DETENTION ORDER                                                                        15.13
18 U.S.C. § 3142(i)                                                                    Rev. 1/91
PAGE 1

Case 2:08-cr-00014-RSM   Document 9   Filed 01/28/08   Page 2 of 2

(2) It appears that the firearm may not have been real. Nevertheless, to those who are involved, it appeared real.

(3) Defendant has a serious substance abuse problem.

(4) Defendant has been previously arrested for failure to appear.

(5) There are no conditions or combination of conditions other than detention that will reasonably ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of January, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 2

15.13
Rev. 1/91